IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. CIV S-07-1514-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. / | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint, and service by the US Marshal, if appropriate, will be addressed separately.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to
2   proceed in forma pauperis is granted.

4   DATED: August 23, 2007.

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

2