1

2

3

4

5

6

7

8         **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PETER T. HARRELL,                    No. CIV S-07-1514-MCE-CMK

12              Plaintiff,

13        vs.                            <u>ORDER</u>

14   CALIFORNIA HIGHWAY
     PATROL, et al.,
15
              Defendants.
16
     _____/
17

18              Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter

19   was referred to a United States Magistrate Judge pursuant to Eastern District of California local

20   rules.

21              On March 27, 2008, the magistrate judge filed findings and recommendations

22   herein which were served on the parties and which contained notice that the parties may file

23   objections within a specified time.  Timely objections to the findings and recommendations have

24   been filed.

25              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

26   304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2008, are adopted in full;

2. Plaintiff's Fourth Amendment invasion of privacy claim and Fifth Amendment failure to advise claim are dismissed;

3. Defendants Roberts, Lopey and the California Highway Patrol are dismissed;

4. This case will proceed on plaintiff's First Amendment retaliation claim and Fourth Amendment search and seizure claim as against defendant Shouse only;

5. The Clerk of the Court is directed to update the docket to reflect that the only remaining defendant is Shouse; and

6. This matter is referred back to the magistrate judge for further proceedings.

Dated: May 6, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE