IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. CIV S-07-1514-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for additional time to respond to the defendants' motion to dismiss (Doc. 15).  Defendant has filed a notice of non-opposition to this request (Doc. 16).

The motion to dismiss is currently set for hearing on July 16, 2008.  Plaintiff's opposition to the motion is currently due on or before June 30, 2008.  See Local Rule 78-230(c).  Plaintiff has not indicated how much time he needs to prepare and file his opposition.  See Local Rule 6-144(b).  However, given defendant's non-opposition, the court will grant plaintiff's request.  Plaintiff will have 30 days from the date of service of this order to file and serve his opposition to the motion, if any.  Defendant will then have 15 days to file a reply.

1

The hearing on this motion will be vacated, and the motion will stand submitted on the papers upon the filing of the reply or expiration of the time to do so.  See Local Rule 78-230(h).   If the court determines that oral argument is needed, it will be scheduled at a later date.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for additional time to respond to the motion to dismiss (Doc. 15) is granted;

2. Plaintiff has 30 days from the date of service of this order to file and serve his opposition, if any;

3. Defendant will have 15 days to file a reply;

4. The hearing on the motion to dismiss, set for July 16, 2008, is vacated; and

5. This matter will stand submitted on the papers upon the filing of the reply or expiration of the time to do so.

 DATED: June 18, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE