IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,                       No. CIV S-07-1514-MCE-CMK

        Plaintiff,

   vs.                                             ORDER

CALIFORNIA HIGHWAY
PATROL, et al.,

        Defendants.

_____/

        Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42 U.S.C. § 1983.  A status/scheduling conference was held in this matter on September 9, 2008, at 10:00 a.m. before the undersigned.  Plaintiff Peter T. Harrell appeared pro se.  Deputy Attorney General Alberto L. Gonzalez appeared for defendant(s).

        Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the following schedule is set for this matter pursuant to Federal Rule of Civil Procedure 16(b):

        1.     The parties are exempted from the initial disclosure requirements outlined in Federal Rule of Civil Procedure 26(a)(1);

///

       2.       The parties shall exchange lists of expert witnesses no later than April 3, 2009. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

       3.       Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by May 8, 2009;

       4.       All other pre-trial motions, including dispositive motions, shall be noticed to be heard by August 21, 2009;

       5.       The pre-trial conference is set for December 18, 2009 at 9:00 a.m. in courtroom 7 at the United States District Courthouse in Sacramento, California, before the Honorable Morrison C. England, Jr. Separate pre-trial statements shall be filed pursuant to Local Rule 16-281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

       6.       Jury trial of this matter is set for January 19, 2010 at 9:00 a.m. in courtroom 7 at the United States District Courthouse in Sacramento, California, before the Honorable Morrison C. England, Jr. The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED: September 12, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE