1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JAMES M. SCHIAVENZA, State Bar No. 62651
   Senior Assistant Attorney General
3  ALBERTO L. GONZÁLEZ, State Bar No. 117605
   Supervising Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5369
6   Fax: (916) 322-8288
    E-mail: Alberto.Gonzalez@doj.ca.gov

*Attorneys for Defendant Marty Shouse*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER T. HARRELL,** | 2:07-CV-01514-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION FOR DISMISSAL** |
| **CALIFORNIA HIGHWAY PATROL, OFFICER ROBERTS, et al.,** | |
| Defendants. | |

Plaintiff, Peter T. Harrell, appearing in pro se, and Supervising Deputy Attorney General Alberto L. González, on behalf of defendant Marty Shouse, having filed a stipulation for dismissal,

IT IS HEREBY ORDERED that this action be dismissed, with prejudice, in its entirety.

DATED: May 5, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com